David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Debbie Anderson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Debbie Anderson, | ) **Case No. 2:16-cv-01535-JCM-NJK-** |
| Plaintiff, | ) |
| v. | ) **NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ADVANCED INSURANCE BROKERAGE** |
| ADVANCED INSURANCE BROKERAGE, LLC, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant Advanced Insurance Brokerage, LLC ("AIB")**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant AIB, **and only as to Defendant AIB** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant AIB**.

Dated:          September 26, 2016

                              Respectfully submitted,

                              By:    /s/David H. Krieger, Esq.
                                     David H. Krieger, Esq. (Nevada Bar No. 9086)
                                     HAINES & KRIEGER, LLC
                                     8985 S. Eastern Avenue, Suite 350
                                     Henderson, Nevada 89123
                                     *Attorney for Plaintiff*

Page **1** of **1**